**Appeal No. 24-1701**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

Caroline T. Retzios,

    Plaintiff-Appellant,

  v.

Epic Systems Corporation,

    Defendant-Appellee.

Appeal from the United States District
Court for the Northern District of Illinois,
Case No. 1:23-cv-03338
Honorable Jeremy C. Daniel, Presiding

**APPELLEE'S PETITION FOR ATTORNEYS' FEES AND COSTS INCURRED TO OPPOSE APPELLANT'S APPEAL**

Defendant-Appellee, Epic Systems Corporation ("Epic"), by and through its attorneys, Michael Best & Friedrich LLP, pursuant to the Court's January 24, 2025 Order, respectfully submits this Petition for Attorneys' Fees and in support thereof, states as follows:

1. On May 26, 2023, Plaintiff-Appellant Caroline T. Retzios ("Retzios") filed a lawsuit against Epic in the District Court for the Northern District of Illinois. On or about March 26, 2024, the District Court for the Northern District of Illinois granted Epic's Motion to Compel Arbitration.

1

2.    Retzios appealed the District Court's decision on April 25, 2024 and subsequently filed her brief. Dkt. 1-1; Dkt. 16-1; Dkt. 19. Epic filed its response to Retzios appeal on September 25, 2024. Dkt. 22.

3.    Epic filed a motion for Sanctions under Fed. R. App. P. 38 on November 15, 2024, to which Retzios responded. Dkt. 34; Dkt. 36.

4.    The Seventh Circuit Court of Appeals affirmed the District Court's ruling and granted Epic's motion for sanctions. Dkt. 43; Dkt. 44. In so doing, the Court directed "Retzios to reimburse Epic for the legal expenses it has incurred on appeal." Dkt. 43, pg. 5.

5.    All time recorded and billed by Epic's counsel was reasonably expended and necessary related to Retzios's appeal, including participating in mediation, drafting and revising Epic's brief in opposition to Retzios's appeal, and drafting and revising Epic's motion for sanctions. The respective rate charged by Epic's counsel is commensurate with hourly rates of attorneys with similar experience specializing in the areas of labor and employment law in the relevant market.

6.    Amy Bruchs is the lead counsel for this matter. Ms. Bruchs began practicing employment law representing employers in 1993. Ms. Bruchs has been recognized by multiple publications for her work in the Labor & Employment field, including by *Best Lawyers in America* for employment law since 2018. Ms. Bruchs regularly billed $810 per hour for her work for Epic in 2024 and $890 per hour for her work in 2025.

7.  Kayla McCann is also counsel for this matter. Ms. McCann began practicing law in 2017 and representing employers in 2018. Ms. McCann's hourly rate billed to Epic in 2024 was $500.

8.  As set forth in the contemporaneously filed Declaration of Kayla A. McCann, and all attachments thereto, the fees and costs Epic incurred, in the amount of $60,232.00, were reasonable and necessary to oppose Plaintiff's motion.[1] The fees that Defendant incurred are summarized as follows (with descriptions of attorney-client privileged communications redacted):

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/25/24 | Amy O. Bruchs | Review appeal notice and analyze potential arguments. | 0.10 | 81.00 |
| 4/25/24 | Amy O. Bruchs | Correspond with client regarding [redacted]. | 0.20 | 162.00 |
| 5/8/24 | Amy O. Bruchs | Prepare motion to change mediation date; review upcoming deadlines. | 0.50 | 405.00 |
| 5/9/24 | Amy O. Bruchs | Correspond with J. Corning and J. Peterson [redacted]; review latest filing by Retzios. | 0.10 | 81.00 |
| 5/23/24 | Amy O. Bruchs | Analyze statement filed by Retzios; prepare correct and complete docketing statement. | 2.20 | 1,782.00 |
| 5/29/24 | Amy O. Bruchs | Correspond with 7th Cir. mediation office regarding mandatory conference. | 0.10 | 81.00 |
| 5/30/24 | Amy O. Bruchs | Correspond with 7th Circuit regarding briefing schedule and mandatory settlement conference. | 0.10 | 81.00 |
| 7/25/24 | Amy O. Bruchs | Meeting with J. Corning to jointly participate in mediation with 7th Circuit mediator. | 3.80 | 3,078.00 |

---

[1] The billing invoices for April 2024 through December 2024, with redactions appropriate to protect attorney-client and attorney work product privileged narratives and unrelated narratives, are attached to the contemporaneously filed Declaration of Kayla A. McCann as Exhibit A.

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 8/28/24 | Amy O. Bruchs | Review plaintiff's brief. | 0.50 | 405.00 |
| 8/28/24 | Amy O. Bruchs | Review deficiency letter related to plaintiff's brief and correspond with client regarding same. | 0.20 | 162.00 |
| 8/29/24 | Amy O. Bruchs | Correspond with client regarding ███████████████. | 0.20 | 162.00 |
| 9/3/24 | Amy O. Bruchs | Review revised brief filed by Retzios. | 0.50 | 405.00 |
| 9/12/24 | Amy O. Bruchs | Analyze Retzios' arguments in brief; briefly research promissory estoppel argument. | 1.50 | 1,215.00 |
| 9/13/24 | Amy O. Bruchs | Begin drafting response arguments. | 0.40 | 324.00 |
| 9/13/24 | Amy O. Bruchs | Draft email to client summarizing responses to plaintiff's arguments and recommending FRAP Rule 38 motion for sanctions. | 0.70 | 567.00 |
| 9/13/24 | Amy O. Bruchs | Analyze FRAP rule 38 requirements. | 0.40 | 324.00 |
| 9/13/24 | Kayla A. McCann | Confer with A. Buchs regarding case background and strategy, review briefing, review files, and begin drafting jurisdictional statement, statement of case, standard of review and issue presented and conduct research regarding the same. | 8.00 | 4,000.00 |
| 9/16/24 | Kayla A. McCann | Continue drafting response appellate brief and evaluate case law regarding the same. | 7.00 | 3,500.00 |
| 9/17/24 | Kayla A. McCann | Continue drafting and revising Appellee's response brief and send to A. Bruchs for review. | 8.80 | 4,400.00 |
| 9/18/24 | Amy O. Bruchs | Draft court of appeals response brief. | 2.90 | 2,349.00 |
| 9/18/24 | Kayla A. McCann | Begin evaluating case law and drafting Epic's FRAP 38 motion for sanctions. | 3.50 | 1,750.00 |
| 9/19/24 | Amy O. Bruchs | Review client changes to brief; correspond with client regarding ███. | 0.30 | 243.00 |
| 9/19/24 | Kayla A. McCann | Continue drafting and revising FRAP 38 motion for sanctions and evaluating case law regarding the same. | 3.60 | 1,800.00 |

4

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 9/20/24 | Amy O. Bruchs | Strategize regarding contents of Appendix on issue of a prior version of the arbitration agreement. | 0.20 | 162.00 |
| 9/20/24 | Amy O. Bruchs | Correspond with J. Peterson regarding ▮. | 0.10 | 81.00 |
| 9/20/24 | Kayla A. McCann | Continue drafting and revising FRAP 38 motion for sanctions and evaluating case law regarding the same. | 5.00 | 2,500.00 |
| 9/23/24 | Amy O. Bruchs | Revise 7th Circuit brief. | 2.10 | 1,701.00 |
| 9/23/24 | Kayla A. McCann | Finish drafting and revising FRAP 38 motion for sanctions and send to A. Bruchs for review. | 7.00 | 3,500.00 |
| 9/24/24 | Travis D. Baptist | Cite-checked response brief of Defendant-Appellee for AOBruchs. | 2.00 | 500.00 |
| 9/24/24 | Kayla A. McCann | Revise appellate brief. | 2.60 | 1,300.00 |
| 9/25/24 | Amy O. Bruchs | Add short section to brief addressing stay versus dismissal and how Retzios waived stay arguments. | 0.90 | 729.00 |
| 9/25/24 | Kayla A. McCann | Revise appellate response brief before filing. | 3.00 | 1,500.00 |
| 10/17/24 | Kayla A. McCann | Read reply brief and confer with A. Bruchs regarding the same. | 0.30 | 150.00 |
| 10/23/24 | Amy O. Bruchs | Review and analyze Retzios' reply brief. | 0.50 | 405.00 |
| 10/30/24 | Amy O. Bruchs | Revise brief in support of motion for sanctions. | 4.50 | 3,645.00 |
| 11/7/24 | Amy O. Bruchs | Revise motion for sanctions. | 2.60 | 2,106.00 |
| 11/8/24 | Amy O. Bruchs | Revise draft motion for sanctions. | 0.80 | 648.00 |
| 11/15/24 | Amy O. Bruchs | Finalize sanctions motion. | 0.50 | 405.00 |
| 11/18/24 | Amy O. Bruchs | Correspond with J. Corning regarding ▮. | 0.10 | 81.00 |
| 12/2/24 | Amy O. Bruchs | Review Retzios's response to motion for sanctions; correspond with J. Corning regarding ▮. | 0.50 | 405.00 |
| 12/9/24 | Amy O. Bruchs | Prepare for oral argument. | 2.00 | 1,620.00 |
| 12/10/24 | Amy O. Bruchs | Final preparation for oral argument. | 1.50 | 1,215.00 |

5

| 12/10/24 | Amy O. Bruchs | Travel to Chicago for 7th Circuit argument. | 3.50 | 2,835.00 |
|---|---|---|---|---|
| 12/11/24 | Amy O. Bruchs | Return travel from oral argument at 7th Circuit Court of Appeals. | 3.90 | 3,159.00 |
| 12/11/24 | Amy O. Bruchs | Meet with client to prepare for and attend/give oral argument. | 5.00 | 4,050.00 |
| 1/24/25 | Amy O. Bruchs | Review court of appeals decision. | 0.20 | 178.00 |

9. In addition to the fees set forth above, Epic incurred the costs in the amount of $905.00 related to the appeal. These costs included mailing costs associated with brief filing and travel and lodging for the oral argument.

WHEREFORE, Epic respectfully petitions the Court for an award of $61,137 for its fees and costs incurred in responding to Retzios's appeal, and for such further relief that this Court deems just and appropriate.

Dated this 7th day of February, 2025.

Respectfully submitted,

/s/ *Amy O. Bruchs*
Amy O. Bruchs
MICHAEL BEST & FRIEDRICH LLP
1 S. Pinckney Street, Suite 700
Madison, WI 53703
Phone: (608) 257-3501
aobruchs@michaelbest.com

Kayla A. McCann
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Phone: (414) 271-6560
Kayla.mccann@michaelbest.com

*Attorneys for Defendant-Appellee, Epic Systems Corporation*