**Michael Best & Friedrich LLP**
**Attorneys at Law**
**Amy O. Bruchs**
**T** 608.283.2253
**E** aobruchs@michaelbest.com

March 13, 2025

Clerk of Court
U.S. Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:　　Caroline T. Retzios v. Epic Systems Corporation
　　　　Case No. 24-1701

Dear Clerk:

On behalf of Defendant-Appellee, Epic Systems Corporation ("Epic"), please be advised that Plaintiff-Appellant, Caroline Retzios, has issued a payment to Epic which Epic has accepted as full satisfaction of Epic's pending petition for fees and costs. Therefore, there is no need for the Seventh Circuit to enter an order with an amount in response to Epic's pending petition.

Sincerely,

**MICHAEL BEST & FRIEDRICH LLP**

/s/Amy O. Bruchs

Amy O. Bruchs
Kayla A. McCann

AOB:skt

cc:　　Susan Barron
　　　　Andreas Mamalakis